FILED'10 APR 21 15:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 10-155-KI |
| v. | INDICTMENT |
| DARRYL KEVIN BELK, | 18 U.S.C. § 373<br>18 U.S.C. § 1958<br>18 U.S.C. § 2261 |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)**

On or about April 7, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent that a murder be committed in violation of the laws of the State of Oregon as consideration for a promise or agreement to pay money or other thing of pecuniary value, used a facility of interstate commerce, to wit: the telephone, all in violation of Title 18, United States Code, 1958.

**COUNT 2**
**(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)**

On or about April 7, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent that a murder be committed in violation of the laws of the State of Oregon as consideration for a promise or agreement to pay money or other thing of pecuniary value, caused another to travel in interstate or foreign commerce from Los Angeles, California, to Portland, Oregon, all in violation of Title 18, United States Code, 1958.

## COUNT 3
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

On or about April 8, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent that a murder be committed in violation of the laws of the State of Oregon as consideration for a promise or agreement to pay money or other thing of pecuniary value, used a facility of interstate commerce, to wit: the telephone, all in violation of Title 18, United States Code, 1958.

## COUNT 4
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

On or about April 8, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent that a murder be committed in violation of the laws of the State of Oregon as consideration for a promise or agreement to pay money or other thing of pecuniary value, traveled in interstate or foreign commerce from Portland, Oregon to Vancouver, Washington all in violation of Title 18, United States Code, 1958.

## COUNT 5
### (Solicitation of a Crime of Violence)

On or about April 8, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with intent that another person engage in conduct constituting a felony, to wit: a violation of Title 18, United States Code, Section 2261 Interstate Domestic Violence, that has as an element the use, attempted use, or threatened use of physical force against the person of another, to wit: a person identified herein as "SBL", in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, solicits, commands, induces, or otherwise endeavors to persuade such other person, to wit: an individual identified as "Matt," a

PAGE 2 - INDICTMENT - Belk

law-enforcement official working in an undercover capacity to engage in such conduct, to wit: the attempted use or threatened use of physical force against the person of another, all in violation of Title 18 United States Code, Section 373.

## COUNT 6
### (Solicitation of a Crime of Violence)

On or about April 8, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with intent that another person engage in conduct constituting a felony, to wit: a violation of Title 18 United States Code, Section 1958, Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire, that has as an element the use, attempted use, or threatened use of physical force against the person of another, to wit: a person identified herein as "SBL", in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, solicits, commands, induces, or otherwise endeavors to persuade such other person, to wit, an individual identified as "Matt," a law-enforcement official working in an undercover capacity to engage in such conduct, to wit, the attempted use or threatened use of physical force against the person of another, all in violation of Title 18 United States Code, Section 373.

///

///

///

///

///

///

///

///

PAGE 3 - INDICTMENT - Belk

## COUNT 7
### (Interstate Domestic Violence)

On or about April 8, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent to kill, injure, intimidate or harass an intimate partner or dating partner identified as "SBL", traveled in interstate commerce, between Portland, Oregon and Vancouver, Washington, and in the course of such travel attempts to commit a crime of violence, to wit: attempted use of interstate commerce facilities in the commission of murder for hire against "SBL", an intimate partner or dating partner, all in violation of Title 18 United States Code, Section 2261.

DATED this 21 day of April 2010.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

_____
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney

PAGE 4 - INDICTMENT - Belk