FILED'10 SEP 30 15:15 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 10-CR-155-KI |
| v. | SUPERSEDING INDICTMENT |
| DARRYL KEVIN BELK, | 18 U.S.C. § 1958 |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)**

On or about April 7, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent that a murder be committed in violation of the laws of the State of Oregon as consideration for a promise or agreement to pay money or other thing of pecuniary value, used a facility of interstate commerce, to wit: the telephone, all in violation of Title 18, United States Code, 1958.

**COUNT 2**
**(Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)**

On or about April 7, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent that a murder be committed in violation of the laws of the State of Oregon as consideration for a promise or agreement to pay money or other thing of pecuniary value, caused another to travel in interstate or foreign commerce from Los Angeles, California, to Portland, Oregon, all in violation of Title 18, United States Code, 1958.

## COUNT 3
### (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire)

On or about April 8, 2010, in the District of Oregon, DARRYL KEVIN BELK, defendant herein, with the intent that a murder be committed in violation of the laws of the State of Oregon as consideration for a promise or agreement to pay money or other thing of pecuniary value, used a facility of interstate commerce, to wit: the telephone, all in violation of Title 18, United States Code, 1958.

DATED this 30 day of September 2010.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

_____
GREGORY R. NYHUS, OSB #91384
Assistant United States Attorney

RYAN W. BOUNDS, OSB #00012
Assistant United States Attorney

PAGE 2 - SUPERSEDING INDICTMENT - *Belk,* 10-CR-155